NUMBER 13-00-645-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI


____________________________________________________________________


MAURICE ROBBINS, AS EXECUTOR OF THE ESTATE OF CHARLES M. ROBBINS , Appellant,


v.




RELIANCE INSURANCE COMPANY AND SCHNEIDER NATIONAL CARRIERS, INC. , Appellees.

____________________________________________________________________



On appeal from the 11th District Court

of Harris County, Texas.


____________________________________________________________________



MEMORANDUM OPINION

 

Before Justices Hinojosa, Yanez, and Amidei (1)

Opinion Per Curiam



 Appellant, MAURICE ROBBINS, AS EXECUTOR OF THE ESTATE OF CHARLES M. ROBBINS , perfected an
appeal from a judgment entered by the 11th District Court of Harris County, Texas, in cause number 1999-56346 . After
this Court had rendered its decision in this case, the parties filed an agreed motion to dismiss the appeal. In the motion,
appellant states that he agreed to a settlement of his claims in this action. Appellant requests that this Court dismiss the
appeal.

 The Court, having considered the documents on file and the agreed motion to dismiss the appeal, is of the opinion that the
motion should be granted. This Court's judgment issued on November 1, 2001 is hereby withdrawn; however, we decline
to withdraw the opinion issued by this Court on November 1, 2001. The agreed motion to dismiss is granted, and the
appeal is hereby DISMISSED.

PER CURIAM



Opinion delivered and filed this

the 10th day of April, 2003 .

1. Former Justice Maurice Amidei, assigned to this Court by the Chief Justice of the Supreme Court of Texas pursuant to
Tex. Gov't Code Ann. § 74.003 (Vernon 1998).